# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BABE A. BECKNER, | |
|            Plaintiff, | 2:14-cv-01443-JCM-CWH |
| vs. | |
| NEVADA PALACE, LLC, *et al.*, | **ORDER** |
|            Defendants. | |

Before the court is Defendant's Request for Exception from Attendance at Early Neutral Evaluation. (#14). On October 24, 2015, Plaintiff filed a Non-Opposition to Defendant's Request for Exception from Attendance at Early Neutral Evaluation. (#15).

Accordingly,

IT IS HEREBY ORDERED that Defendant's Request for Exception from Attendance at Early Neutral Evaluation (#14) is GRANTED with the condition that Defendant's insurance carrier representative from AIG Property Casualty must available telephonically for the duration of the ENE.

Dated this 24th day of October, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE