1  Veronica Arechederra Hall, Bar No. 5855
   veronica.hall@jacksonlewis.com
2  Steven C. Anderson, Bar No. 11901
   steven.anderson@jacksonlewis.com
3  **JACKSON LEWIS P.C.**
   3800 Howard Hughes Parkway, Suite 600
4  Las Vegas, Nevada 89169
   Tel: (702) 921-2460
5  Fax: (702) 921-2461

6  *Attorneys for Defendant*
   *Nevada Palace, LLC dba Eastside Cannery Casino*
7  *and Hotel*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BABE A. BECKNER, an individual, | Case No.: 2:14-cv-01443-JCM-CWH |
| Plaintiff, | |
| v. | |
| NEVADA PALACE, LLC, dba Eastside Cannery Casino and Hotel, a Domestic Limited Liability Company; DOES I through X inclusive, and ROES CORPORATIONS XI through XX, inclusive, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Babe A. Beckner and Nevada Palace, LLC d/b/a Eastside Cannery Casino and Hotel ("Defendant"), through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

JACKSON LEWIS P.C.
LAS VEGAS

Further, this Court shall retain jurisdiction over any disputes arising out of the out-of-court resolution of this matter.

Dated: April 21, 2015

JACKSON LEWIS P.C.

_____
Veronica Arechederra Hall, Bar No. 5855
Steven C. Anderson, Bar No. 11901
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169

*Attorneys for Defendants*

Dated: April 21, 2015

SCHUETZE & McGAHA P.C.

_____
William W. McGaha, Bar No. 3234
Joshua Santeramo, Bar No. 12086
601 S. Rancho Drive, Suite C-20
Las Vegas, Nevada 89106

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: April 23, 2015

4851-4754-5891, v. 1

JACKSON LEWIS P.C.
LAS VEGAS

-2-